■ JANET RITTER, as Executrix of HOWARD RITTER, Deceased, Respondent, v. ANTHONY SANTARSIERO et al., Individually and as Copartners Doing Business as AUBURN PAVERS, Appellants.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Seneca Trial Term for plaintiff in a negligence action.) Present — Vaughan, J. P., Kimball, Williams, Bastow and Goldman, JJ.

■ SANDRA LOERCHER, an Infant, by RICHARD LOERCHER, Her Guardian ad Litem, et al., Appellants, v. RONALD NELSON, Respondent.— Judgment and order affirmed, without costs of this appeal to any party. All concur. (Appeal from a judgment of Niagara Trial Term for defendant for no cause of action, in an automobile negligence action. The order denied a motion for a new trial.) Present — Vaughan, J. P., Kimball, Williams, Bastow and Goldman, JJ.

■ MARTHA ENGELFRIED, as Executrix of ALFRED E. ENGELFRIED, Deceased, Appellant, v. MURRAY'S DELIVERY, INC., et al., Respondents.— Judgment reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event. Memorandum: The parties have ignored that part of the order directing a new trial and have for some unexplained reason put into evidence the entire record of the previous trial and nothing more. We have already passed upon that record and have held that the verdict was against the weight of evidence and directed a new trial. The judgment presently appealed should be reversed and a new trial granted, as directed by our former decision. All concur. (Appeal from a judgment of Erie Trial Term for defendants for no cause of action, by direction of the court, in an automobile negligence action.) Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARLOS STEVENSON, Appellant.— Motion to appeal as a poor person denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK LEE BEVERLY, Appellant.— Motion to appeal on original papers and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELBERT F. ROSS, Appellant.— Motion to appeal on original papers denied on the ground that the papers fail to show merit to the appeal.

■ HERBERT GREESON, Doing Business as HURBSON COMPANY, Respondent, v. CITY OF SYRACUSE, Appellant, et al., Defendants.— Motion granted and appeal dismissed, with $10 motion costs.

■ BUFFALO SAVINGS BANK, Respondent, v. WILLIAM E. HEMERLEIN et al., Appellants.— Motion granted and appeal dismissed, without costs.

## (May 24, 1957)

■ In the Matter of the Construction of the Will of EDWARD C. BARTER, Deceased. ETHEL B. MACRAE, Appellant; RUTH M. ABBOTT et al., Respondents.— Decree insofar as appealed from affirmed, without costs of this appeal to any party. All concur. (Appeal from part of a decree of Onondaga Surrogate's Court, construing a will.) Present — McCurn, P. J., Vaughan, Kimball, Bastow and Goldman, JJ.